UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ROBERTO MONCADA, | CASE NO. CV 09-5745 AG (FFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| LARRY SMALLS, | |
| Respondent.. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: July 31, 2012

ANDREW J. GUILFORD
United States District Judge